UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMMANUEL C. GONZALEZ,

Plaintiff,

v.

SOCIAL CONCEPTS, INC.,

Defendant.

Case No. 15-cv-01719-YGR

**ORDER SETTING COMPLIANCE HEARING**

A compliance hearing regarding various status updates shall be held on Friday, **September 11, 2015** on the Court's **9:01 a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

Five (5) business days prior to the date of the compliance hearing, the parties shall file a joint statement providing: (1) an update regarding source code review and its impact on the case schedule; (2) an updated proposed schedule; (3) an update regarding the anticipated decision by the Patent Trial and Appeal Board regarding CBM review of one of the patents-in-suit and whether either or both parties intend to seek a stay; and (4) updates from other cases wherein the patents-in-suit are asserted, including as to any issued claim construction order(s).  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE