*(Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EMMANUEL C. GONZALEZ, | Case No. 15-cv-01719-YGR |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | ***AS MODIFIED BY THE COURT*** |
| SOCIAL CONCEPTS, INC., | |
| Defendant. | |

1    The parties having reached a settlement in this matter, hereby stipulate to dismissal of all
2    claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain
3    agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" and having an effective date
4    of November 5, 2015, with each Party to bear its own costs, expenses and attorneys' fees. The
5    Court shall retain jurisdiction to enforce the terms of the parties' Settlement and License
6    Agreement for a period of one (1) year from the date of this Order.

Dated: November 10, 2015            Respectfully submitted,

/s/ Matthew K. Blackburn
M. Scott Fuller (*Pro Hac Vice*)
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
214-740-8000
214-740-8800 (fax)
sfuller@lockelord.com

Matthew K Blackburn  (SBN 261959)
LOCKE LORD LLP
44 Montgomery St., Suite 4100
San Francisco, California 94104
415-318-8802
415-676-5816 (fax)
mblackburn@lockelord.com

**ATTORNEYS FOR PLAINTIFF
EMMANUEL C. GONZALEZ**

Dated: November 10, 2015            /s/ Jeffrey Johnson

John Michael Guaragna  (SBN 199277)
john.guaragna@dlapiper.com
DLA Piper LLP (US)
401 Congress, Suite 2500
Austin, TX 78701
Telephone: 512.457.7125
Facsimile:  512.457.7001

Aaron Wainscoat  (SBN 218337)
aaron.wainscoat@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303
Telephone:  650.833.2000
Facsimile:   650.833.2001

1

JOINT STIP. FOR DISMISSAL                                                    4:15-CV-01719-YGR

Jeffrey Johnson (*Pro Hac Vice*)
jeffrey.johnson@dlapiper.com
DLA PIPER LLP (US)
1000 Louisiana Street, Suite 2800
Houston, TX 77002-5005
Telephone:  713.425.8400
Facsimile:   713.425.8401

**ATTORNEYS FOR DEFENDANT
SOCIAL CONCEPTS, INC.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

This Order terminates Docket Numbers 38, 41.

Dated: November 12, 2015

_____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge